FILED
ASHEVILLE, NC
FEB 0 8 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:23-CR-14-MR-WCM |
| v. | **BILL OF INDICTMENT** |
| THOMAS DEWEY TAYLOR, JR | Violations:<br>18 U.S.C. § 844(i)<br>26 U.S.C. § 5861(d), (f) |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about September 27, 2021, in Avery County, within the Western District of North Carolina,

**THOMAS DEWEY TAYLOR, JR**

did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, Grandfather Scottish and the office of the Grandfather Mountain Highland Games located within 4210 Mitchell Avenue, Linville, North Carolina, a building used in interstate and foreign commerce and in activities affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT TWO

On or about September 27, 2021, in Avery County, within the Western District of North Carolina,

**THOMAS DEWEY TAYLOR, JR**

did knowingly possess a firearm, namely, a destructive device, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

## COUNT THREE

On or about September 27, 2021, in Avery County, within the Western District of North Carolina,

**THOMAS DEWEY TAYLOR, JR**

did knowingly make a firearm, namely, a destructive device, in violation of the provisions of Title 26, United States Code, Section 5822.

All in violation of Title 26, United States Code, Sections, 5845, 5861(f), and 5871.

3

# NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. §§ 844, 924, and 982, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 844, 924, 982, 5872, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment;

b. Any explosive materials and firearms involved or used or intended to be used in the violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled

4

with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a).

A TRUE BILL:

_____
Grand Jury Foreperson

DENA J. KING
United States Attorney

_____
ALEX M. SCOTT
Assistant United States Attorney