Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ○ YES  ● NO

**DOCKET NUMBER:** 1:23cr14-MR-WCM

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** : US vs Thomas Dewey Taylor, Jr.

**COUNTY OF OFFENSE** : Avery

**RELATED CASE INFORMATION** : None

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : Warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ○ Petty  ○ Misdemeanor  ● Felony

18 U.S.C. § 844(i),  26 U.S.C. § 5861(d), (f)

**JUVENILE:**  ○ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : Scott, Alex

**VICTIM/WITNESS COORDINATORS:** Crout, Lynne

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**