IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:23CR14 |
|---|---|---|
| v. | ) ) ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| **THOMAS DEWEY TAYLOR, JR.** | ) ) ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for Thomas Dewey Taylor, Jr. W/M, DOB 06/23/1978, who is presently detained in the Avery County Jail, for his appearance before the Court in the Western District of North Carolina in connection with charges in the above district against said Defendant.

Movant further prays that said Writ direct that immediately after the disposition of the above captioned case Defendant shall be returned to the custody of Avery County Jail, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 9th day of February, 2023.

DENA J. KING
UNITED STATES ATTORNEY

s/Alex M. Scott
Assistant United States Attorney
Kansas Bar No. 25490
100 Otis Street
Asheville, NC 28801
Telephone: 828-271-4661
Fax: 828-271-4670
alex.scott@usdoj.gov