UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 1:23CR14 |
| ) | |
| v. ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| THOMAS DEWEY TAYLOR, JR. ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshals, Western District of North Carolina, Asheville, NC
TO: Chief Jailer, Avery County Jail, 300 Schultz Circle, Newland, NC

**IT IS ORDERED** that you have the body of Thomas Dewey Taylor, Jr., W/M, DOB 06/23/1978, detained in the Avery County Jail, under safe and secure conduct, brought before the Honorable W. Carleton Metcalf, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the City of Asheville, North Carolina, FORTHWITH, on or before 3/1/2023 at 10:15 a.m., to make an appearance before the Court on charges contained in the Bill of Indictment now pending in said court against the defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to the Avery County Jail, under safe and secure conduct, after the disposition of the above captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshal Service, the Avery County Jail, and the United States Attorney.

Signed: February 9, 2023

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge