# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Thomas Dewey Taylor, Jr.<br><br>_____<br>Defendant | ) ) ) ) ) ) )  Case No. 1:23cr14-MR-WCM |

FILED
Charlotte
Mar 01 2023
U.S. District Court
Western District of N.C.

Received 2023 FEB -9 AM 11:19

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Thomas Dewey Taylor, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Did maliciously damage and destroy, by means of fire and explosive.

Date: 2/8/2023

City and state: Asheville, NC

*Issuing officer's signature:* Frank D. Johns

Frank G. Johns, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/8/23, and the person was arrested on *(date)* 2/28/23
at *(city and state)* Asheville, NC.

Date: 3/1/23

*Arresting officer's signature:* Julie Carrillo

Julie Carrillo DUSM
*Printed name and title*