# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

**v.**

Thomas Dewey Taylor, Jr
*Defendant*

Case Number: 1:23–cr–00014–MR–WCM

**ORDER**

Defendant's waiver of an immediate detention hearing is **NOTED**, Defendant's continuance request is **GRANTED**, and a hearing on the Government's motion for detention is **CONTINUED INDEFINITELY FOR CAUSE**. See United States v. Clark, 865 F.2d 1433 (4th Cir. 1989). Defendant is ordered detained without bond pending further proceedings.

It is so ordered.

Date: __March 1, 2023__

W. Carleton Metcalf
United States Magistrate Judge