**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**FORENSIC SCIENCE LABORATORY, ATLANTA**
**2600 CENTURY PARKWAY, NE, SUITE 400**
**ATLANTA, GA 30345**

06 March 2023

**Subject: Curriculum Vitae**

1. Mr. Clay E. Allred, Fingerprint Specialist, Bureau of Alcohol, Tobacco, Firearms and Explosives, 2600 Century Parkway, NE Atlanta GA 30345.

2. The Following is specialized training completed by the undersigned in the science of latent impression examination, comparison and identification:

    a. Fingerprint Classification Course, GPSTA Jul. 1999.
    b. Special Agent Laboratory Training, USACIL Jul. 1999.
    c. FBI Fingerprint Development Course, GPSTA Aug.
    d. U.S. Army Latent print Examiner Course Two Year Course (completed 15 March 2001).
    e. Forensic Science, AAAS, Oct. 1999.
    f. FBI Fingerprint Identification Course, Georgia Police Academy.
    g. Laser Fingerprint Development Workshop, Lubbock TX, Feb. 2000.
    h. Crime Scene Investigations, Miami-Dade Police Dept, Mar. 2000.
    i. Advanced Ridgeology Comparison Techniques, Arlington TX, Apr. 2000
    j. Footwear and Tiretrack Examination and Identification, USACIL Apr. 2000.
    k. Chemical Development and Cadaver Printing Course, Scotland Yard Jul. 2000.
    l. CID Special Agent Course, USACIL Aug 2000.
    m. FBI Administrative Advanced Latent Fingerprint Course, Quantico VA Aug. 2000.
    n. Courtroom Testimony Techniques, Tampa FL, Dec. 2000.
    o. Advanced Palm Print Identification, Tampa FL, Dec 2000.
    p. Courtroom Testimony, Columbia SC, Jun. 2001
    q. Forensic Ridgeology, Victoria BC Canada, Oct. 2001.
    r. Detection and Examination of Footwear Impression Evidence, Arlington TX, May 2002.
    s. Photoshop Training for Forensic Examiners, Ft. Gillem GA, May 2002
    t. Crime Scene Reconstruction, Miami-Dade Police Dept, Oct. 2002.
    u. Advanced Fingerprint Course, Scotland Yard, UK. Feb. 2003.
    v. Examination of Tire Impression and Tire Track Evidence, Ft. Gillem GA, Mar 2003.
    w. Western Identification Network (WIN) Training, North Las Vegas Police Department NV. Feb. 2004.
    x. Advanced Latent Training (Printrak AFIS). Henderson Police Dept NV, Apr 2004.
    y. Advanced Adobe Photoshop, LVMPD, Feb. 2005.
    z. American Society of Crime Laboratory Directors Annual Conference (2007).
    aa. Clandestine Laboratory Refresher, San Diego CA, Feb, 2010
    ab. Universal Latent Workstation Workshop, Vista CA, Mar 2010
    ac. Forensic Leadership Academy, Forest Park GA, Jan 2013
    ad. Analysis of Distortion in Latent Prints, Austin Tx, Mar 2014

    ae. ISO 17025 Audit Preparation Workshop, Forest Park GA, Jun 2014
    af. Latent Print Advanced Testimony Workshop, Forest Park GA, May 2015.
    ag. Palm Print Comparison Techniques, Forest Park GA, Feb 2016.
    ah. Numerous professional meetings including but not limited to:
        1) State and Local International Association for Identification (IAI)
        2) American Academy of Forensic Sciences (AAFS).
        3) AFIS Users conferences.
        4) Southwestern Association of Forensic Scientists (SWAFS).

3. Published the following Scientific Articles:

    a. Forensic Science International, "A Novel Europium-Bioconjugate Method for Latent Print Detection," (1997)
    b. Journal of Forensic Identification, "A new Lipid-Specific Rare Earth based Chemical Fingerprint Development Method," (1997)
    c. Journal of Forensic Sciences, "Lipid Specific Latent Fingerprint Detection: Fingerprints on Currency," (1997)
    d. SPIE Proc. "Lanthanide Mixed Ligand Chelates for DNA Profiling and Latent Fingerprint Detection'" (1997)

4. Lectures:

    1. Guest Lecturer, Enabling Technologies for Law Enforcement (SPIE) "Lanthanide Mixed Ligand Chelates for DNA Profiling and Latent Fingerprint Detection," Boston MA (Nov. 1996).

    2. Guest Lecturer, Georgia Division of The International Association for Identification "Fingerprint Development Methods," Helen GA (Aug. 2000).

    3. Guest Lecturer, International Association for Identification "Dye Staining Workshop", Miami FL (Jul 2001).

    4. Guest Lecturer, International Association for Identification "Dye Staining Workshop", Las Vegas NV (Aug 2002).

    5. Invited Lecturer, Southwestern Association of Forensic Scientists "Footwear and Tiretrack Evidence", Wichita KS (Oct 2005).

    6. Guest Lecturer, Defense Strategies Institute, Counter-IED and Counter-Mine Symposium, Arlington, VA (Jul 2014).

    7. Instructor, Special Agent Basic Training (SABT), Federal Law Enforcement Training Center (FLETC), Glynco, GA (Jul 2018)(Feb 2019).

    8. Instructor, Advanced Arson and Explosives Investigation for Agents, National Center for Explosives Training and Research (NCETR), Huntsville, AL (Aug 2018).

5. Professional Organizations:

Member, International Association for Identification (IAI). Have served on the "Innovative and General Techniques Committee."

Member, Organization of Scientific Area Committees for Forensic Science (OSAC) Footwear & Tire Subcommittee

6. Education:   Master of Science Degree, Analytical Chemistry, Texas Tech University (1998).

   Bachelor of Science Degree, Biochemistry, Texas Tech University (1996).

   Master of Business Administration, University of Nevada Las Vegas (2008)

7. Certifications:

   Certified as a "Certified Latent Print Examiner (CLPE)" by the International Association for Identification (IAI).

   Certified as a "Certified Footwear Examiner(CFWE)" by the International Association for Identification (IAI).

8.  Work History:

   Over 20 years of continuous Forensic Latent Print Experience (Federal and Local) level including managing Forensic Laboratories for the Department of Defense.