

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
Forensic Science Laboratory – Atlanta
2600 Century Parkway
Atlanta, GA 30345
Phone: (404) 315-4600

U. S. Department of Justice

# Laboratory Report

ANAB ISO/IEC 17025:2017 Accredited
Forensic Testing Laboratory

Special Agent Jason Brown
Bureau of Alcohol, Tobacco, Firearms and Explosives
151 Patton Avenue, Room 255
Asheville, NC 28801

**Date of Report:** 2/15/2022
**Case Number:** 2021-A-000235
**Submission(s):** 1
**Reference:** 763056-21-0049
**Title:** Grandfather Mountain Highland Games, Inc.
**Type of Exam:** Latent Print

The following exhibits were received by the laboratory on 10/04/2021.

## EXHIBITS

**Lab # – Agency #**
- 1 - (2) Pipe with end caps, fuse, powder
- 3 - (6) Homestead Creamery container and liquid
- 4 - (7) Homestead Creamery container and liquid
- 5 - (8) Glass jar with lid and liquid
- 6 - (9) Glass jar with lid and liquid
- 7 - (10) Glass jar with lid and liquid
- 8 - (11) Brita metal water bottle and liquid
- 9 - (12) Kingsford charcoal lighter container
- 10 - (13) Kingsford charcoal lighter container
- 11 - (14) Charking Instant Ignite lighter fluid container
- 12 - (15) Pennzoil 10W-30 container
- 13 - (16) Gardner Bender container with staples
- 14 - (17) Glass jar with lid, batteries, and metal balls
- 15 - (18) Carolina methylene chloride container
- 16 - (20) Electric burner

## EXAMINATION/ANALYSIS AND INTERPRETATION OF RESULTS

This report refers to exhibits by Lab Number. The following results only apply to the items tested.

2021-A-000235
Submission(s): 1            Page 1 of 4            FOR OFFICIAL USE ONLY

Case 1:23-cr-00014-MR-WCM   Document 12-2   Filed 03/27/23   Page 1 of 4

Examination of Exhibits 5, 9, 10, 11, 12, 13, and 16 revealed friction ridge areas designated as follows:

- 5.1 - Latent print from the lid of the jar of Exhibit 5
- 9.1 - Latent print from the exterior of the lighter fluid bottle of Exhibit 9
- 9.2 - Latent print from the exterior of the lighter fluid bottle of Exhibit 9
- 9.3 - Latent print from the exterior of the lighter fluid bottle of Exhibit 9
- 9.4 - Latent print from the exterior of the lighter fluid bottle of Exhibit 9
- 9.5 - Latent print from the exterior of the lighter fluid bottle of Exhibit 9
- 10.1 - Latent print from the exterior of the lighter fluid bottle of Exhibit 10
- 10.2 - Latent print from the exterior of the lighter fluid bottle of Exhibit 10
- 10.3 - Latent print from the exterior of the lighter fluid bottle of Exhibit 10
- 10.4 - Latent print from the exterior of the lighter fluid bottle of Exhibit 10
- 10.5 - Latent print from the exterior of the lighter fluid bottle of Exhibit 10
- 10.6 - Latent print from the exterior of the lighter fluid bottle of Exhibit 10
- 11.1 - Latent print from the exterior of the lighter fluid bottle of Exhibit 11
- 11.2 - Latent print from the exterior of the lighter fluid bottle of Exhibit 11
- 11.3 - Latent print from the exterior of the lighter fluid bottle of Exhibit 11
- 11.4 - Latent print from the exterior of the lighter fluid bottle of Exhibit 11
- 11.5 - Latent print from the exterior of the lighter fluid bottle of Exhibit 11
- 11.6 - Latent print from the exterior of the lighter fluid bottle of Exhibit 11
- 12.1 - Latent print from the exterior of the Pennzoil bottle of Exhibit 12
- 12.2 - Latent print from the exterior of the Pennzoil container. of Exhibit 12
- 13.1 - Latent print from the exterior of the staple container of Exhibit 13
- 16.1 - Latent print from the exterior surface of the electric burner of Exhibit 16
- 16.2 - Latent print from the exterior surface of the electric burner of Exhibit 16
- 16.3 - Latent print from the exterior surface of the electric burner of Exhibit 16
- 16.4 - Latent print from the exterior surface of the electric burner of Exhibit 16
- 16.5 - Latent print from the exterior surface of the electric burner of Exhibit 16
- 16.5.1 - Latent print from the exterior surface of the electric burner of Exhibit 16
- 16.6 - Latent print from the exterior surface of the electric burner of Exhibit 16
- 16.7 - Latent print from the exterior surface of the electric burner of Exhibit 16

No additional latent prints suitable for source identification were present or developed on the remaining exhibits.

Analysis of the developed latent prints revealed the following:
- Latent fingerprints suitable for source identification – Exhibits 5.1, 9.1, 9.3, 9.5, 10.1, 10.2, 10.3, 10.6, 11.1, 11.2, 11.3, 11.4, 11.5, 12.1, 12.2, 13.1, 16.1, 16.2, 16.3, 16.4, & 16.5.1
- Latent palm prints suitable for source identification – Exhibit 9.2
- Latent prints of unknown anatomical source (finger or palm) suitable for source identification – Exhibits 16.5, 16.6
- The remaining listed friction ridge areas are not suitable for source identification.

Due to a single search of Exhibit 5.1 in the FBI Next Generation Identification system database on 01/20/2022, digital files containing following exhibit were obtained from the database:

17 - Record finger and palm prints in the name TAYLOR, Thomas D, UCN EA7X6XCPE

Comparison of the source identifiable latent prints to the record finger and palm prints of TAYLOR (Exhibit 17) revealed the following:
- Twenty (20) latent prints (Exhibits 5.1, 9.1, 9.2, 9.3, 9.5, 10.1, 10.2, 10.3, 10.6, 11.2, 11.3, 11.4, 11.5, 12.1, 12.2, 13.1, 16.1, 16.2, 16.4, & 16.5.1) are source identifications to the record finger and palm prints of TAYLOR (Exhibit 17).
    - This opinion is based on sufficient correspondence of ridge flow and individual features of the examined friction ridge prints. The Probability that the impressions were made by a different source is so small that it is negligible.
- One (1) latent fingerprint (Exhibit 16.3) is a source exclusion to the record fingerprints of TAYLOR (Exhibit 17).
    - The observed friction ridge skin features are in sufficient disagreement and provide extremely strong support for the proposition that the impressions came from different sources and extremely weak or no support for the proposition that the two impressions came from the same source.
    - Submit record fingerprint information of persons other than TAYLOR if a source identification of this fingerprint is desired.
- Three (3) latent prints were compared insofar as possible to the record finger and palm prints of TAYLOR (Exhibit 17) with inconclusive results due to the lack of comparable area present in Exhibit 17.
    - Submit clear and complete record finger and palm prints (Major Case Prints) of TAYLOR or other possible candidates if source identification of these prints is desired.

Additional NGI Searches of Exhibits 11.1 and 16.3 were conducted with negative results.

*These conclusions conform with the relevant Department of Justice policy on Uniform Language for Testimony and Reports available at www.justice.gov.*

## DISPOSITION OF EVIDENCE

Exhibits 1 and 3 through 16 will be returned to Forensic Chemist Simon.
Digital images of all friction ridge areas and Exhibit 17 will be maintained in the ATF Laboratory Latent Print File.

Examiner:

Clay Allred
Fingerprint Specialist

Technical Reviewer:

Norberto Rivera
Fingerprint Specialist

Administrative Reviewer:

Jacqueline Williams
Acting Section Chief

## TESTS PERFORMED

| Exhibit ID | Analysis |
|---|---|
| 1 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 3 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 4 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 5 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 5.1 | Comparative - Known to Unknown, NGI Search, Visual examination |
| 6 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 7 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 8 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 9 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 9.1 | Comparative - Known to Unknown, Visual examination |
| 9.2 | Comparative - Known to Unknown, Visual examination |
| 9.3 | Comparative - Known to Unknown, Visual examination |
| 9.4 | Visual examination |
| 9.5 | Comparative - Known to Unknown, Visual examination |
| 10 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 10.1 | Comparative - Known to Unknown, Visual examination |
| 10.2 | Comparative - Known to Unknown, Visual examination |
| 10.3 | Comparative - Known to Unknown, Visual examination |
| 10.4 | Visual examination |
| 10.5 | Visual examination |
| 10.6 | Comparative - Known to Unknown, Visual examination |
| 11 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Powders, Visual examination |
| 11.1 | Comparative - Known to Unknown, Visual examination |
| 11.2 | Comparative - Known to Unknown, Visual examination |
| 11.3 | Comparative - Known to Unknown, Visual examination |
| 11.4 | Comparative - Known to Unknown, Visual examination |
| 11.5 | Comparative - Known to Unknown, Visual examination |
| 11.6 | Visual examination |
| 12 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 12.1 | Comparative - Known to Unknown, Visual examination |
| 12.2 | Comparative - Known to Unknown, Visual examination |
| 13 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 13.1 | Comparative - Known to Unknown, Visual examination |
| 14 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 15 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 16 | Basic Yellow 40, Cyanoacrylate Fuming, Forensic Light Source, Visual examination |
| 16.1 | Comparative - Known to Unknown, Visual examination |
| 16.2 | Comparative - Known to Unknown, Visual examination |
| 16.3 | Comparative - Known to Unknown, Visual examination |
| 16.4 | Comparative - Known to Unknown, Visual examination |
| 16.5 | Comparative - Known to Unknown, Visual examination |
| 16.5.1 | Comparative - Known to Unknown, Visual examination |
| 16.6 | Comparative - Known to Unknown, Visual examination |
| 16.7 | Visual examination |
| 17 | Comparative - Known to Unknown, Visual examination |