

# Michael Eldredge
## Senior Explosives Enforcement Officer

United States Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
3750 Corporal Rd.
Huntsville, AL 35898

**Duty Description**

Serves as an Explosives Enforcement Officer in the Baltimore Field Division. Provides immediate technical assistance to state and local agencies related to explosive incidents and regulatory issues. Examines evidence and case information for explosives classifications/device determinations on behalf of the National Center for Explosives Training and Research (NCETR), Explosives Enforcement Branch (EEB).

**Professional Experience**

**Explosives Enforcement Officer 2005 – Present.** Provide technical support to international, federal, state, and local public safety and regulatory agencies. Investigate violations of federal explosives laws according to federal regulations. Including: on-site investigative assistance, examination of recovered evidence, and the identification, reconstruction, and testing of destructive devices. Perform render safe, disassembly, exploitation, and disposal of explosives and destructive devices. Examine and evaluate reports, materials, and exhibits related to explosive incidents to determine classification. Prepare final case statement upon completion of investigation and lab analysis. Testify as expert witness to the determination/classification of destructive devices. Conduct safety and certification training on the identification and destruction of hazardous and energetic materials, bomb searches, collection and preservation of evidence, and exploitation of destructive devices to international, federal, state, and local public safety agencies.

During my employment with ATF, I have participated in and examined evidence in more than 200 explosive related cases, and I have also participated in numerous Federal and State explosive related search warrants, post blast investigations including two International Response Team call outs, explosive disposal operations and other related missions.

**United States Army Anti-Terrorism Officer 2001 – 2005.** Served as the assistant Anti-Terrorism Officer for the installation and then later as the Anti-Terrorism Officer, responsible for the development and implementation of security plans and operations related to the installation and its access points.

**United States Army Explosive Ordnance Disposal Technician 1991-2001.**
Responsible to locate, identify, recover, render safe, and destroy U.S. and foreign improvised, conventional, chemical, biological, and nuclear ordnance in support of military command and federal, state, and local law enforcement agencies, when determined to be in the interest of public safety. Served as an EOD team leader and the

law enforcement liaison for the Explosive Ordnance Disposal Technology Division at Picatinny Arsenal. As such, I was required to document first seen ordnance, create disassembly and render safe plans and test those plans to ensure they provided the desired results. Served overseas in Germany where I provided training in explosives safety and handling for U.S. Army personnel. I routinely provided counter-explosive security services and support for the President and Vice President of the United States and other high-level U.S. and Foreign government diplomats, politicians, and other designated officials in support of the United States Secret Service and U.S. Department of State both in the U.S. and overseas.

**United States Army Combat Engineer 1987-1991.** This involved training and operations in basic combat construction, demolition, explosives, landmines and firing devices.

## Instructor Assignments

ATF International Training 2015 - Present
ATF NCETR Bomb Technician In-Service 2018 – Present
ATF NCETR Explosives Courses (CES Basic, Post Blast, HME, Destructive Device Determination, Enhanced Evidence Exploitation) 2006 - Present
IABTI International Presentations 2001, 2010, 2012, 2014, 2018, 2019, 2021
IABTI Regional Presentations 1999, 2019
IABTI Webinars 2020, 2021

## Professional Training

Hazardous Devices Basic Course, Redstone Arsenal, AL (240 hrs.) 2007. Provides civilian public safety personnel the knowledge and skills necessary to cope with the dangers of improvised explosive and incendiary devices. Subjects include demolition procedures, search techniques, fuzing and arming, basic electricity, render safe procedures and disposal of hazardous devices, care and use of appropriate tools and equipment to include robotics and associated operations. Recertified in 2011, 2016 & 2021.

ATF Certified Explosives Specialist Basic (120hrs) 2015, subjects included, ATF Classification of Explosives, Storage of Explosives, Bomb Squad Tools, Disposal Site Management and Selection, Disposal Site Procedures, Pyrotechnics, Use and Disposal of High/Low Explosives, Detonator Disposal and Specialty Items. Recertified 2017, 2019, 2017, 2020, 2023.

ATF Post Blast Investigative Techniques (PBIT) I, Aberdeen, MD (40 hrs.) 2006. Basic training course in the processing, forensic analysis, and safety of a blast scene investigation. Course length 1 week

ATF Advanced Explosive Disposal Techniques (AEDT), Ft. AP Hill, VA (80 hrs.) 2006. Advanced training course in the safe disposal of explosives, fireworks, and ammunition.

Washington College Chemistry of Pyrotechnics and Explosive, Washington College, MD (24 hrs.) 2006. Training on pyrotechnic mixtures and the chemicals used to manufacture them.

ATF Advanced Explosives Investigative Techniques (AEIT), Ft. AP Hill, VA (80 hrs.) 2006.Advanced training course in the processing, forensic analysis, and safety of a blast scene investigation.

ATF National Response Team Training (40 hrs.) 2018 – Case studies covering scene investigation, operational requirements, scene safety, HAZMAT operations and other aspects of team responsibilities. Recertified 2019, 2020, 2022

Advanced Improvised Explosive Device Disposal course, Eglin Air Force Base, FL. (120 hrs.) 2014. Course covered advanced electronics and circuit diagnostics, x-ray and disablement techniques and practical exercises for diagnostics and disablement of improvised explosive devices.

Federal Law Enforcement Training Center (FLETC), Charleston, SC. Law Enforcement Instructor Training Program (80 hrs.) 2010. Exposes participants to the concepts of student-centered learning and focuses on a variety of methodologies conducive to higher degrees of learning in law enforcement topics. The program requires that participants give ten-, thirty- and fifty-minute presentations - the latter two on law enforcement or job-related topics. Certification with ATF is current as of FY 2022.

Federal Law Enforcement Training Center (FLETC), Glynco, GA (520 hrs.) 2006. Criminal Investigator Training Program. Basic Federal Law Enforcement training program covering topics of weapons, marksmanship, driving, court proceedings, criminal law, and investigative procedure.

**Military Service**
Enlisted in the United States Army, 11 November 1987, in Military Occupational Specialty, (MOS) 12B, Combat Engineer. Awarded additional (MOS) of 55D, Explosive Ordnance Disposal Technician in 1991

Honorable Discharge, April 2001, Picatinny Arsenal, Dover, New Jersey at rank of Sergeant /E5

**Certifications**
Hazardous Devices Technician
Certified Explosives Specialist

**Professional Associations**
International Association of Bomb Technicians and Investigators
United States Bomb Technicians Association
International Association of Fire Investigators

**Published Articles**
2011 – "The Detonator" Vol. 38, No. 6 – Grenade, Hand, Fragmentation Mark I
2019 – "The Detonator" May/June 2019 – The Legacy We Leave, A Public Service Safety Announcement

**Awards**
Army Commendation Medal, (3)
Army Achievement Medal, (6)

Army Achievement Medal for Civilian Service, (2)
Good Conduct Medal, (4)
Armed Forces Service Medal
Explosive Ordnance Disposal Badge
ATF Johnny A. Masengale Memorial Award
ATF Distinguished Service Medal

**Previous Trials**

US v. James Leonard Dec 2021, District of New Hampshire