


# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### 3750 CORPORAL RD, HUNTSVILLE, ALABAMA 35898

## REPORT OF EXAMINATION

**To:**
Special Agent Reid Messner
Bureau of Alcohol, Tobacco, Firearms & Explosives
301 North Main Street
Suite 1802
Greenville, South Carolina 29601

**I/N:** 763056-21-0049

**Type of Exam:** Destructive Device

**Date:** February 2, 2023

As requested, the following items were evaluated in order to form an opinion as to the design, construction, functioning, effects, and technical classification of the materials involved in this investigation.

## ITEMS SUBMITTED FOR ANALYSIS OR EVALUATION

**Item 1.** ATF Reports of Investigation #1, 2 and 8.

**Item 2.** ATF Laboratory Report number # 2021-A-000235(1-2).

**Item 3**. Physical evidence examined January 31, 2023.

## DEVICE DESIGN AND CONSTRUCTION

The materials evaluated in this investigation are consistent with the remains of an improvised explosive/incendiary weapon disrupted by bomb disposal actions. Device construction consisted of a length of PVC pipe sealed at both ends with caps and a quantity of explosive powder identified by laboratory analysis as a mixture of smokeless powder, black powder, pyrotechnic stars and a perchlorate explosive mixture. This pipe was surrounded by a quantity of rocks, pieces of glass and lead balls. The pipe along with the mixture were sealed into a glass pitcher with adhesive. Pyrotechnic fuse was inserted into the confined explosives of the device through a hole in the pipe as a means of initiation. The fuse was attached to additional lengths of fuse from the other devices.

Additionally, there were 4 consumer firework aerial shells that contained a quantity of explosive powder, identified by laboratory analysis as black powder and a chlorate/perchlorate explosive mixture. Pyrotechnic fuse was inserted into the confined explosives of each device through a hole in each explosive container as a means of initiation. The combined lengths of pyrotechnic fuse were connected together with rubber bands and one piece was wrapped around the heating element of a hot plate. The hot plate was set on "5" and was plugged into an extension cord that was plugged into a wall outlet. At the time of discovery, the main breaker on the circuit breaker box was in the off position.

The explosive devices were placed into a cooler, on top of a mixture of common household metal items. Interspersed with the explosive devices were fragmentation containers consisting of glass jars filled with metal cable staples, batteries, and metal balls.

763056-21-0049

### DEVICE DESIGN AND CONSTRUCTION cont'd

The incendiary component of the device consisted of multiple glass bottles and jars containing quantities of liquid identified by laboratory analysis as gasoline, toluene and isoparrific product, methanol, and ethanol. These were designed to be dispersed by initiation of the explosive devices.

### DEVICE FUNCTIONING AND EFFECTS

Turning on the main breaker at the circuit panel, would heat the element on the hot plate. This heat would light the fuse which would, after a short delay, ignite the lengths of pyrotechnic fuse causing each device to explode. The resulting explosion would produce blast, thermal, and fragmentation that would be enhanced by the breaking of the containers and the ignition of the ignitable liquids. This explosion could have caused property damage, injury and or death to persons nearby.

### OPINION

Based upon the above, it is the opinion of the assigned that the device in this investigation was designed as a weapon and would be properly identified as an improvised explosive/incendiary bomb. Explosive/Incendiary bombs are destructive devices as that term is defined in 26 U.S.C., §5845(f) and would be regulated in accordance with the Federal Firearms Regulations. Additionally the item constitutes an Explosive as that term is defined in 18 U.S.C Chapter 40 and would be regulated as such.

_____
Submitted by: Michael A. Eldredge
Senior Explosives Enforcement Officer


_____
Approved by: Kevin M. Miner
Program Manager, Explosives Enforcement Branch