

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
Forensic Science Laboratory – Atlanta
2600 Century Parkway
Atlanta, GA 30345
Phone: (404) 315-4600

U. S. Department of Justice

# Laboratory Report

ANAB ISO/IEC 17025:2017 Accredited
Forensic Testing Laboratory

| | |
|---|---|
| Special Agent Jason Brown | **Date of Report:** 10/3/2022 |
| Bureau of Alcohol, Tobacco, Firearms and Explosives | **Case Number:** 2021-A-000235 |
| 151 Patton Avenue | **Submission(s):** 2 |
| Suite 255 | **Reference:** 763056-21-0049 |
| Asheville, NC 28801 | **Title:** Grandfather Mountain Highland Games, Inc. |
| | **Type of Exam:** Explosives |

The following exhibit was received by the laboratory on September 8, 2022.

## EXHIBIT
**Lab # – (Agency #)**
18 - (29)   Disassembled firework and powder

## RESULTS OF EXAMINATION
This report refers to the exhibit by Lab Number. The following result only applies to the item tested.

Exhibit 18 contained a disassembled commercial pyrotechnic that contained two functional pyrotechnic fuses. One of the fuses protruded from the lift charge area of the tube and extended out the top of the device. The second fuse was the delay fuse between the lift charge and main charge. A glass vial labeled "lift charge" contained black powder. A glass vial labeled "main charge" contained a mixture of a powdery perchlorate explosive composition (example: flash powder) and a chunky pyrotechnic composition.

## METHODS

| Lab # | Analysis |
|---|---|
| 18 | Ignition susceptibility test, Scanning electron microscopy-energy dispersive spectroscopy, Visual examination, X-ray diffraction |

## DISPOSITION OF EVIDENCE

The excess powder in Exhibit 18 will be destroyed in the laboratory. The remaining evidence will be forwarded to the Explosives Enforcement Branch.

| Examiner: | Technical Reviewer: | Administrative Reviewer: |
|---|---|---|
| *[signature]* | *[signature]* | *[signature]* |
| Mathew Simon | Brittany Crane-Calhoun | Robert Reed |
| Forensic Chemist | Forensic Chemist | Section Chief |