IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:23-CR-14 |
|---|---|---|
| | ) | |
| v. | ) | **NOTICE PURSUANT TO RULES** |
| | ) | **902(11) AND 902(13) OF THE** |
| THOMAS DEWEY TAYLOR, JR | ) | **FEDERAL RULES OF EVIDENCE** |

The Government hereby provides notice of its intent to offer at trial certain self-authenticating exhibits as contemplated under Rules 902(11) and 902(13). Specifically, the Government may offer evidence from the following business pursuant to a business record affidavit:

- **Records of Netspend**

The records, and an accompanying certificate of authenticity of business records from Netspend, were provided to Defendant in discovery with Bates stamp USA-00001570 through USA-00001577.

Respectfully submitted this 27th day of July 2023.

          DENA J. KING
          United States Attorney


          */s/ Alex M. Scott*
          Alex M. Scott, Kansas Bar No. 25490
          Assistant United States Attorney
          100 Otis Street, Room 233
          Asheville, North Carolina 28801
          (828) 271-4661
          alex.scott@usdoj.gov