IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　*Plaintiff,*<br><br>　v.<br><br>THOMAS DEWEY TAYLOR,<br><br>　　　*Defendant.* | DOCKET NO. 1:23-CR-14<br><br>**NOTICE OF INTENT TO PLEAD GUILTY AND REQUEST FOR RULE 11 HEARING** |

　　Defendant, Thomas Dewey Taylor, by and through undersigned counsel, gives notice of his intent to plead guilty to Counts One, Two, and Three of the Three count Bill of Indictment.

　　Mr. Taylor will be pleading to the three count Bill of Indictment without a plea agreement and requests a Rule 11 hearing.

　　The government has been notified of Defendant's desire to plead guilty.

Dated: October 20, 2023　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　s/ Mary Ellen Coleman
　　　　　　　　　　　　　　　　　　Mary Ellen Coleman
　　　　　　　　　　　　　　　　　　NC Bar 45313
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Federal Public Defender for the
　　　　　　　　　　　　　　　　　　Western District of NC
　　　　　　　　　　　　　　　　　　1 Page Avenue, Suite 210
　　　　　　　　　　　　　　　　　　Asheville, NC 28801
　　　　　　　　　　　　　　　　　　Phone (828) 232-9992
　　　　　　　　　　　　　　　　　　Fax (828) 232-5575
　　　　　　　　　　　　　　　　　　E-Mail: Mary_Ellen_Coleman@fd.org