UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:23-CR-00014 |
| v. | ) | |
| | ) | **Factual Basis** |
| THOMAS DEWEY TAYLOR, JR. | ) | |
| | ) | |

The United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, hereby files this Factual Basis in support of the plea.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty pleas that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all the elements of the crimes. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.  The Grandfather Mountain Highland Games (GMHG) is headquartered at 4210 Mitchell Avenue in Linville, within Avery County and the Western District of North Carolina. The location is a two-story structure consisting of Grandfather Scottish—a storefront on the lower level—and the GMHG administrative offices upstairs. The building is used in interstate and foreign commerce, and in activities affecting interstate and foreign commerce.

2.  Sometime during the early morning hours of Monday, September 27, 2021, THOMAS DEWEY TAYLOR, JR. placed a red 48-quart cooler into a closet at the GMHG office. The cooler was set up with hobby fuses bundled together with rubber bands and tied to a Bene Casa single-coil electric burner hotplate that was dialed to the hotest setting. The fuses ran to fireworks and containers of ignitable liquids. The hotplate was plugged into an extension cord which was plugged into an electrical receptacle in the closet. The main power was turned "OFF." Also inside the cooler was a glass

pitcher with rocks and a PVC pipe bomb. An ATF Explosives Enforcement Officer would testify that the device would function in the following manner: Turning on the main breaker at the circuit panel would heat the element on the hot plate. This heat would light the fuse which would, after a short delay, ignite the lengths of pyrotechnic fuse causing each item to explode.

3.    The items from the red cooler were sent to the ATF Laboratory for chemical analysis and latent print examination. TAYLOR's known fingerprints were compared against the items and his fingerprints were found on multiple items inside the cooler.

4.    The cooler device meets the statutory definition of an explosive/incendiary bomb, which is a "destructive device" as defined by 26 U.S.C. § 5845(f). It also meets the definition of a "destructive device" under 18 U.S.C. § 921(a)(4). There is no record that TAYLOR filed with the Secretary of the Treasury to make this device. Further, the device was not registered with the National Firearms Registration and Transfer Record, and there was no serial number affixed to it.

DENA J. KING
United States Attorney

Alex M. Scott
Assistant United States Attorney

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and Bill of Indictment in this case and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and Bill of Indictment. I hereby certify that the defendant does not dispute this Factual Basis.

Mary Ellen Coleman
Attorney for Defendant

Dated: 10/20/23

2